IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARK STEVEN LOWERY                                                                PLAINTIFF

VS.                                    Case No. 4:06-CV-4045

H.L. PHILLIPS, Sheriff, Miller
County, Arkansas; RICKY
HUNTER, Ex-Warden, Miller
County Detention Center; and
MIKE GRIFFIN, Warden
Miller County Detention Center                                                    DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed February 5, 2008 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 30). Judge Bryant recommends dismissal of the above-captioned matter with prejudice pursuant to Fed. R. Civ. P. 41(b) due to Plaintiff's failure to prosecute this action and to comply with orders of the Court. Plaintiff Mark Steven Lowery has not filed objections to the Report and Recommendation, and his time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. This matter is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 5th day of March, 2008.

                                    /s/ Harry F. Barnes
                                    Hon. Harry F. Barnes
                                    United States District Judge